| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | SHERRI W. HOBSON |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027/(619) 557-3445 (fax) |
|   | Email: sherri.hobson@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08mj0585 |
|  | ) |  |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| JOSE LUIS ANGEL OLIVA-VIDRIO, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
|  |  |  |  |

1 | Please call me if you have any questions about this notice.

2 | DATED: February 29, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Sherri W. Hobson

_____
SHERRI W. HOBSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: sherri.hobson@usdoj.gov

Notice of Appearance
United States v. Jose Luis Angel Oliva-Vidrio 2                                                              08mj0585