UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA 3/3/08 

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08mj 585 |
| Plaintiff ) | CRIMINAL NO. 08mj8106 |
| ) | |
| vs. ) | ORDER |
| Jose Luis Angel Oliva-Vidrio ) | RELEASING MATERIAL WITNESS on 08mj8106 only |
| ) | Booking No. 05957298 |
| Defendant(s) ) | (881 953) |

On order of the United States District/Magistrate Judge,     **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be ~~released from custody.~~ (Bond Posted / Case Disposed / Order of Court).

Jose Luis Angel Oliva-Vidrio.
To remain in custody on 08mj585

DATED: 3/3/08

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by [signature]
Deputy Clerk