FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR764-BEN |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 846 and |
| ) | 841(a)(1) and Title 18, U.S.C. |
| JOSE LUIS ANGEL OLIVA-VIDRIO, ) | Sec. 2 - Conspiracy to Aid And |
| ) | Abet the Distribution of Marijuana |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including December 3, 2007, within the Southern District of California, and elsewhere, defendant JOSE LUIS ANGEL OLIVA-VIDRIO, did knowingly and intentionally conspire with others to aid and abet the distribution of controlled substances, namely marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

Dated: March 13, 2008.

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney