AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 08CR764-BEN |
| JOSE LUIS ANGEL OLIVA-VIDRIO | CASE NUMBER: 08MJ585 |

I, __JOSE LUIS ANGEL OLIVA-VIDRIO__, the above named defendant, who is accused of committing the following offense:

> Conspiracy to aid and abet the Distribution of Marijuana, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) (Felony), and Title 18, United States Code, Section 2.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __March 13, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
          Judicial Officer

**FILED**
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY