1  James Matthew Brown (CSB# 98922)
   2044 First Avenue, Suite 200
2  San Diego, CA. 92101
   (619) 238-0815
3
   Attorney for Defendant Jose Luis Angel Oliva-Vidrio
4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8                       (HON. ROGER T. BENITEZ.)

9
    UNITED STATES OF AMERICA,         )  Case No. 08-CR-764-BEN
10                                    )
                 Plaintiff,           )  NOTICE OF MOTION AND
11                                    )  MOTION FOR
                                      )  1) DISCOVERY/PRESERVE EVIDENCE
12         vs.                        )  2) LEAVE TO FILE MOTIONS
                                      )
13  JOSE LUIS ANGEL OLIVA-VIDRIO,     )
                                      )  Date:   4/28/08
14               Defendant.           )  Time:   2:00 p.m.
                                      )  Judge:  Hon. Roger T. Benitez
15

16  TO: THE UNITED STATES ATTORNEY and SHERRI WALKER HOBSON ASSISTANT
    UNITED STATES ATTORNEY:
17
        **PLEASE TAKE NOTICE** that on April 28, 2008 at 2:00 p.m., or as soon thereafter as
18
    counsel may be heard, before the Honorable Roger T. Benitez, United States District Court for the
19
    Southern District of California, the Defendant, Jose Luis Angel Oliva-Vidrio, by and through his
20
    counsel, James Matthew Brown, will ask this Court to enter an Order granting the following
21
    motions: 1) to compel and preserve discovery; and 2) Leave to file additional motions.
22
                                        **MOTION**
23
        The defendant Jose Luis Angel Oliva-Vidrio, by and through his counsel, James Matthew
24
    Brown, pursuant to United States Constitution, Fed. R. Crim. Proc., Rules 8 and 14, and applicable
25
    case law and local rules, moves this Court for an Order: 1) to compel and preserve discovery; and 2)
26
    Leave to file additional motions.
27

28

These motions are based upon the instant Motions and Notice of Motions, the attached Statements of Facts and Memorandum of Points and Authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or during the hearing on these motions.

Respectfully Submitted this 10th day of April 2008.

S/James Matthew Brown
James Matthew Brown
Attorney of Defendant,
Jose Luis Angel Oliva-Vidrio
