James Matthew Brown (CSB# 98922)
2044 First Avenue, Suite 200
San Diego, CA. 92101
(619) 238-0815

Attorney for Defendant Jose Luis Angel Oliva-Vidrio

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE LUIS ANGEL OLIVA-VIDRIO,<br><br>　　　　　Defendant. | Case No. 08-CR-764-BEN<br><br>NOTICE OF MOTION AND<br>MOTION FOR<br>1) DISCOVERY/PRESERVE EVIDENCE<br>2) LEAVE TO FILE MOTIONS<br><br>Date:　4/28/08<br>Time:　2:00 p.m.<br>Judge:　Hon. Roger T. Benitez |

TO: THE UNITED STATES ATTORNEY and SHERRI WALKER HOBSON ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on April 28, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Roger T. Benitez, United States District Court for the Southern District of California, the Defendant, Jose Luis Angel Oliva-Vidrio, by and through his counsel, James Matthew Brown, will ask this Court to enter an Order granting the following motions: 1) to compel and preserve discovery; and 2) Leave to file additional motions.

**MOTION**

The defendant Jose Luis Angel Oliva-Vidrio, by and through his counsel, James Matthew Brown, pursuant to United States Constitution, Fed. R. Crim. Proc., Rules 8 and 14, and applicable case law and local rules, moves this Court for an Order: 1) to compel and preserve discovery; and 2) Leave to file additional motions.

These motions are based upon the instant Motions and Notice of Motions, the attached Statements of Facts and Memorandum of Points and Authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or during the hearing on these motions.

Respectfully Submitted this 10th day of April 2008.

        S/James Matthew Brown
        James Matthew Brown
        Attorney of Defendant,
        Jose Luis Angel Oliva-Vidrio