<u>USA v. Jose Luis Angel Oliva-Vidrio</u>
Case No. 08-CR-764-BEN

**PROOF OF SERVICE**

I am employed in the County of San Diego, California; I am over the age of 18 years, and am not a party to the within action. My business address is 2044 First Avenue, Suite 200, San Diego, California 92101. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On **April 10, 2008,** following ordinary business practice, I served the following documents:

1. DEFENDANT, JOSE LUIS ANGEL OLIVA-VIDRIO'S NOTICE OF MOTION AND MOTION FOR 1) DISCOVERY/PRESERVE EVIDENCE 2) LEAVE TO FILE MOTIONS
2. POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR 1) DISCOVERY/PRESERVE EVIDENCE 2) LEAVE TO FILE ADDITIONAL MOTIONS

on the parties in said cause, by placing on that date at my place of business, a true copy thereof, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as follows:

Assistant US Attorney Sherri Walker Hobson
United States Attorney's Office
880 Front Street; Suite 6293
San Diego, California 92101

Executed on **April 10, 2008,** at San Diego, California.

[XX] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
[ ] I am employed in the office of a member of the bar of this court at whose direction this service was made.

[ ] (By Facsimile) The facsimile machine I used complied with Rule 2003 (3) and no error was reported by the machine. Pursuant to Rule 2008 (e) (4), I caused the machine to print a record of the transmission.

_____
Deborah Karsh