KAREN P. HEWITT
United States Attorney
SHERRI WALKER HOBSON
Assistant United States Attorney
Federal Office Building
California State Bar No. 142947
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5027

Attorney for Plaintiff
United States of America

FILED
APR 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>JOSE LUIS ANGEL OLIVA-VIDRIO,  )<br>  )<br>          Defendant.  )<br>_____ ) | Criminal Case No. 08cr0764-BEN<br><br>PROTECTIVE ORDER |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery,

IT IS HEREBY ORDERED that the defendant, his counsel of record, and the counsel's assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendant, his counsel and his assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the Government from the defendant, unless such

1  material is already a matter of public record, to representatives of the media or other third parties not
2  involved in any way in the investigation or prosecution of the case;
3    Except that nothing contained herein shall prevent the Government, or defendant or his counsel,
4  from disclosing such discovery material to any other attorneys working for the Government, the
5  defendant or his counsel, Government agents (federal, state or local), private investigators, experts,
6  secretaries, law clerks, paralegals, or any other person who is working for the Government or the
7  defendant and his counsel (collectively referred to as "assistants") in the investigation or preparation
8  of this case or, with respect to the Government and its assistants only, in other criminal investigations,
9  without prior court order;
10   Further, nothing contained herein shall preclude the Government, defendant or his counsel, or
11 their respective assistants from conducting a normal investigation of the facts of this case on behalf of
12 the Government or said defendant, or with respect to the Government and its assistants only, from
13 conducting an investigation of other criminal activity, including interviewing witnesses disclosed by
14 said discovery materials, or from taking statements from witnesses disclosed by said discovery
15 materials, or from asking said witnesses if they themselves have made prior statements to the
16 Government that are disclosed in the discovery materials, and about the contents of such statements.
17 In connection with any such investigation, it shall not be necessary that the Government, the defendant
18 or his counsel, or their respective assistants, obtain prior permission of this Court.
19   Should counsel withdraw or be disqualified from participation in this case, any material received
20 and any copies derived therefrom, shall be returned to the Government within ten (10) days.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1  Defense counsel and the Government shall be required to communicate the substance of this
2  order and explain it to their client and assistants before disclosing the substance of the discovery to their
3  client or assistants.
4  SO ORDERED.
5  DATED: 4/28/08

HONORABLE ROGER T. BENITEZ
United States District Judge

11  I consent to the entry of the attached protective order in the case of <u>United States v. Jose Luis
12  Oliva-Vidrio</u>, Criminal Case No. 08cr0764-BEN.

14  DATED: 4/14/08

SHERRI WALKER HOBSON
Assistant United States Attorney

16  DATED: April 9, 2008

JAMES BROWN
Attorney for defendant Jose Luis Oliva-Vidrio

3