**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2008 MAY 22 PM 1: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0764-BEN |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOSE LUIS ANGEL OLIVA-VIDRIO (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

 X    the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

 X    of the offense(s) of: **TITLE 21 U.S.C. 846 and 841(a)(1);**
                           **TITLE 18 U.S.C. 2.**

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 19,2008

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____